Christiana Minge, Plaintiff-Appellant, v. Lobdell Realty Company, Inc., Janisch-Hagerty, Inc., and Gregory-Anderson, Inc., Defendants-Appellees.

Gen. No. 11,670.

Second District, First Division.
January 18, 1963.

Russell J. Goldman, and Roald A. Jacobsen, of Rockford, for appellant; John H. Page and Robert K. Clark, of Rockford, for Lobdell Realty Co., Inc., defendant-appellee; Frederick H. Haye and Thomas A. Keegan, of Rockford, for Janisch-Hagerty, Inc., defendant-appellee; Wilbur E. Johnson and J. David Mc-Calmont, of Rockford, for Gregory-Anderson, Inc., defendant-appellee. Opinion by JUDGE DOVE. Not to be published in full.